# UNITED STATES DISTRICT COURT
for
### Middle District of Pennsylvania/Harrisburg

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **STEVEN HARTMAN**          Case Number:   1:CR:-01-245-001
Name of Sentencing Judicial Officer: The Honorable William W. Caldwell
Date of Original Sentence: November 20, 2002
Original Offense: Mail Fraud; Aid & Abet, 18 U.S.C. § 1341
Original Sentence: 8 months imprisonment, 2 years supervised release
Type of Supervision: Supervised Release          Date Supervision Commenced: September 4, 2003
Assistant U.S. Attorney: Martin C. Carlson          Defense Attorney: Lori Ulrich

## PETITIONING THE COURT

[ X ] To issue a warrant to have Mr. Hartman arrested and brought before the Court to show cause why his supervised release should not be revoked.

[ ] To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of supervised release:

<u>VIOLATION NUMBER</u>          <u>NATURE OF NONCOMPLIANCE</u>

Standard Condition #2

"The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."

Mr. Hartman failed to submit Monthly Supervision Reports for August 2004, September 2004, October 2004, and November 2004. Further, Mr. Hartman failed to report for scheduled office contacts at the probation office on June 8, 2004; July 12, 2004; September 1, 2004; and October 4, 2004. Despite the probation officer's efforts to bring Mr. Hartman into compliance, he has failed to make himself available for supervision and his whereabouts are unknown. The probation officer's last personal contact with Mr. Hartman was on August 2, 2004 when he reported to the Probation Office.

Special Condition

"The defendant shall pay any balance of restitution imposed by this judgment which remains unpaid at the commencement of the term of supervised release in minimum monthly installments of no less than $150."

Mr. Hartman failed to make restitution payments in March 2004, April 2004, May 2004, June 2004, July 2004, August 2004, September 2004, October 2004, November 2004 and December 2004. A restitution balance of $4,170.55 remains.

FILED
HARRISBURG, PA

DEC 21 2004

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

**Steven Hartman**
U.S. Probation Officer Recommendation:

[X] The term of supervised release should be

    [X]    revoked.
    [ ]    extended for _____ years, for a total term of _____ years.

[X] A warrant be issued and sealed until the defendant's arrest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/20/04

Fonda L. Steele
U.S. Probation Officer
Date: December 20, 2004

---

THE COURT ORDERS:

[ ] No Action

[X] The Issuance of a Warrant.

[ ] The Issuance of a Summons.

[ ] Other

Signature of Judicial Officer

12/21/04
Date

FILED
HARRISBURG, PA
DEC 21 2004
MARY E. D'ANDREA
Per _____
Deputy Clerk

2