January 13, 2005

Office of the Clerk
United States District Court
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Ave.
P.O. Box 1148
Scranton, PA 18501-1148

FILED
SCRANTON

JAN 18 2005

PER _____
DEPUTY CLERK

Re:   United States of America V. Steven Hartman
      Docket #: 1:CR-01-245

Dear United States District Court or Whom It May Concern:

In a letter I received on June 14, 2002, I was instructed to notify the U.S. Attorney's Office and the Clerk of Court of any changes to my address while restitution was still owed. I have received one check for $25.00, but have yet to receive the remaining balance of $96.00.

Please accept this letter as authorization to change the contact information of record for Amanda McDowell, a victim from the above referenced court case. The primary contact information is:

>   Amanda McDowell
>   1269 E. Century Avenue
>   Gilbert, AZ 85296-1305
>   Daytime phone: (480) 861-5141
>   Evening phone: (480) 539-5538
>   Email: ASUdevilette@netzero.net

The alternate and permanent contact information is:

>   David McDowell (father)
>   350 NE Lauren Court
>   Hillsboro, OR 97124
>   Daytime phone: (503) 693-9073
>   Evening phone: same as daytime phone

Thank you very much for your attention to these changes. If you have any questions, please feel free to contact me at (480) 861-5141.

Respectfully,

*[signature]*

Amanda McDowell



Amanda McDowell
1269 E Century Ave
Gilbert AZ 85295-1305

RECEIVED
SCRANTON
JAN 18 2005
PER _____
DEPUTY CLERK

Office of the Clerk
United States District Court
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Ave.
PO Box 1148
Scranton, PA 18501-1148



