```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,       :
    Plaintiff
                                           :

    vs.                         :   CRIMINAL NO. 1:CR-01-245

                                           :
STEVEN HARTMAN,
    Defendant                   :

## O R D E R

AND NOW, this 14th day of April, 2005, it is Ordered that a hearing on the Defendant's alleged violations of the conditions of supervised release, as set forth in the petition of the Probation Officer, will be held on Friday, April 15, 2005, at 11:00 a.m. in Court Room No. 1, ninth floor, Federal Building, 228 Walnut Street, Harrisburg, Pa.

                                        /s/William W. Caldwell
                                        William W. Caldwell
                                        United States District Judge