IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | : <br> : <br> : |
| vs. | : Criminal No. 01-00245-001 <br> : |
| STEVEN HARTMAN,<br>Defendant | : <br> : |

### ORDER

AND NOW, this <u>15th</u> day of <u>April</u>, 2005, upon a finding that the defendant, Steven Hartman, is financially unable to obtain counsel, IT IS ORDERED that Lori Ulrich, Federal Public Defender, Office of the Federal Public Defender, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone (717) 782-2237, is appointed to represent the defendant in all matters pertaining to this action.

_____
William W. Caldwell
United States District Judge

FILED
HARRISBURG, PA
APR 15 2005
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk