UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

NOTICE

UNITED STATES OF AMERICA          CASE NO. CR-01-00245-001

vs.

STEVEN HARTMAN

---

**TYPE OF CASE:**
( ) Civil        (X) Criminal

---

(X) TAKE notice that the proceeding in this case has been
    <u>SCHEDULED</u>   for the place, date and time set forth below:

United States District Court           COURTROOM NO. 1 - NINTH FLOOR
228 Walnut Street
Harrisburg, PA 17108                   April 25, 2005 at 9:30 a.m.

TYPE OF PROCEEDING:                    Final Hearing on Revocation
                                       Of Supervised Release

**NOTE: Attorneys and clients appearing for pleas are expected to be in the courtroom ten minutes prior to the time court is scheduled to begin.**

Mary E. D'Andrea, Clerk

Ann Severino-Michael
Deputy Clerk

FILED
HARRISBURG, PA

DATED: April 20, 2005                  APR 20 2005

                                       MARY E. D'ANDREA, CLERK
                                       Per _____ Deputy Clerk

Judge William W. Caldwell
Martin C. Carlson, AUSA
Lori J. Ulrich, FPD
U.S. Marshal
U.S. Probation
Steven Hartman  (IN CUSTODY)
Wes Armstrong, Lori A. Shuey, Wendy Yinger, Court Reporter(s)
File Copy