**EXHIBIT LIST**
U.S.A.
vs.
Steven Hartman

JUDGE William W Caldwell   CASE NUMBER CR-01-00245-001

| Plaintiff | Defendant | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|
| | 1 | York County Prison Physicians Order Sheet | 4/25/05 | | Not Adm | By Counsel |
| | 2 | Letter dated 4/26/05 to FPD's Office from Lesa Hartman | 4/25/05 | | Not Adm | By Counsel |

FILED
HARRISBURG, PA
APR 25 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk