IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR-01-00245-001 |
| | : | |
| vs. | : | |
| | : | Judge Caldwell |
| STEVEN HARTMAN | : | |

### ORDER

AND NOW, this 29th day of April, 2005, a Supervised Release Revocation Hearing having been held on April 25, 2005 and the Court finding the defendant in violation of his conditions of supervision, IT IS HEREBY ORDERED that the Petition to Revoke defendant's Supervised Release [84] is GRANTED.

IT IS FURTHER ORDERED the defendant is continued on supervised release.

William W. Caldwell
United States District Judge

FILED
HARRISBURG, PA
APR 29 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk