IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | : <br> : <br> : |
| vs. | : Criminal No. 01-00245-001 <br> : |
| STEVEN HARTMAN,<br>Defendant | : <br> : |

### ORDER

AND NOW, this 3rd day of May, 2005, upon a finding that the defendant, Steven Hartman, is financially unable to obtain counsel, IT IS ORDERED that Lori J. Ulrich, Federal Public Defender's Office of the Federal Public Defender, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone (717) 782-2237, is appointed to represent the defendant in all matters pertaining to this action.

FILED
HARRISBURG, PA

MAY 03 2005

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

William W. Caldwell
United States District Judge