PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## for
## MIDDLE DISTRICT OF PENNSYLVANIA

U.S.A. vs. **Steven Hartman**                           Docket No. <u>1:CR-01-245-01</u>

### Petition on Probation and Supervised Release

COMES NOW _____Fonda L. Steele_____ PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Steven Hartman**, who was placed on supervision by the Honorable <u>William W. Caldwell, U.S. District Judge</u> sitting in the court at <u>Harrisburg, PA</u>, on the <u>20th day of November 2002</u> who fixed the period of supervision at <u>two years</u> and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows:

> The defendant shall pay any balance of the restitution imposed by this judgment, which remains unpaid at the commencement of the term of supervised release in minimum monthly installments of no less than $150.00.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS: Mr. Hartman was ordered to pay restitution in the amount of $4,845.55. The defendant appears to have made payments to the best of his ability and in accordance with the special conditions of his supervision; however, a restitution balance of $3,870.55 remains. Mr. Hartman acknowledges his restitution obligation and has expressed a willingness to continue payments. To this end, he has executed an Agreement (copy attached) to continue making payments after his expiration date. Mr. Hartman has complied with the other conditions of supervision and there does not appear to be any basis for violation action.

First Assistant U.S. Attorney Martin C. Carlson was advised of the foregoing and has no objection to the proposed expiration.

**PRAYING THAT THE COURT WILL ORDER that the defendant's term of supervised release be permitted to expire on September 3, 2005 without further action of the Court.**

ORDER OF THE COURT

Considered and ordered this _17th_ day
of _August_, 2005 and ordered filed
and made a part of the records in the above
case.

_____
U.S. District Judge

Respectfully,

_Fonda L. Steele_
Fonda L. Steele
U.S. Probation Officer

Place   Harrisburg, PA
Date    August 23, 2005

FILED
HARRISBURG, PA
AUG 24 2005
_____ CLERK
Deputy Clerk